"O"

FILED
CLERK, U.S. DISTRICT COURT

DEC - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY SCHAWN ROWDEN,<br><br>Petitioner,<br><br>v.<br><br>V.M. ALMAGER,<br><br>Respondent. | Case No. EDCV 07-01684 AG (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1.    The Court finds the Objections principally repeat arguments that Petitioner raised in his claims for relief and lack merit for the reasons discussed in the R&R. Therefore, the Objections are overruled and the R&R is approved and adopted.

2.    Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3.    Any and all pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: **Nov. 30**            , 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE