FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIMOTHY SCHAWN ROWDEN, <br>       Petitioner, <br>     v. <br> V.M. ALMAGER, <br>       Respondent. | Case No. EDCV 07-01684 AG (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: Nov. 30, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY